United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VERONICA LEE, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-1109 |
| § | |
| FRANK BISIGNANO, ACTING § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY, § | |
| § | |
| Defendant. | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

On March 28, 2025, this case was referred to United States Magistrate Judge Dena Hanovice Palermo for all pretrial purposes. (Dkt. 4). Judge Palermo filed a Report and Recommendation on January 9, 2026, recommending that Plaintiff's motion for summary judgment (Dkt. 7) be **GRANTED** and that this case be **REMANDED** to the Commissioner of the Social Security Administration for further proceedings. (Dkt. 11).

No objections have been filed to the Report and Recommendation. Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Palermo's Report and Recommendation (Dkt. 11) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff's motion for summary judgment (Dkt. 7) is **GRANTED**;

(3)     Defendant's motion for summary judgment (Dkt. 9) is **DENIED**;

(4)     This case is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings.

It is so **ORDERED**.

SIGNED and ENTERED this  13th day of February 2026.

                                         */s/ George C. Hanks, Jr.*
                                         GEORGE C. HANKS, JR.
                                         UNITED STATES DISTRICT JUDGE